United District Court
CASE NO:

Wesley L. Givens #294844
plaintiff

v.

State of South Carolina Dept
of Corrections, Daniel Harouff,
Officer Poiterein, Sgt Love, Ms
Merchant, Warden William, A/W
Earlie, A/W Duffie, A/W John palmer
and major Bennett, Nurse Harouff,
Nurse Hernadez.
Defendant.

Motion for Emergency Hearing

RECEIVED
USDC CLERK, COLUMBIA, SC
2020 OCT 19 PM 1:58

RECEIVED USDC
CLERK, CHARLESTON, SC
2020 OCT 21 AM 11:39

To: United District Court
RE: Emergency Hearing due to Retaliation/
Motion for injuction for immediate Release.

Your honor,
  My Reason for this emergency hearing request is Constant Retaliation on me as well as a motion for injuction for immediate Release I'd like to speak to you in person due to fear of my life as well as mail being intercepted (legal) to the Courts. I fear for my life because all Fraternitized as well as Racial Profiling at Perry C.I. You will Please take Notice I've written in house informal Ways of Resolution. The Police service staff of SCDC are ex-officer that don't investigate and deny many claims in which are on camera from 8-27-2020 Sexual/Physical-Assault, 9-24-2020 Corporal Punishment. Being placed in transport Hard Restraints (Irons) for 2 hrs and also placed in Black Restraint chair in Hard Restraints for another 3hrs inside Cell. Violation of Constitutional rights and Ammendments. A violation of federal of federal/state laws and policies procedures. Nurse Resigned due to Cruel and Unusual Punishment, Another Lied/Commin Perjury fear of being deported to Mexico for being a witness. I am being denied dental/medical treatment because Cpt Daniel Harouff spouse works at Perry Correctio with him, in which is a violation of policy and law passed 2008. Majority of legal Correspondence is tampered by officer given by Ms. Merchant who in Co-hoots with illegal activity. This has been a Constant problem in SCDC. I Even had the Cpt Daniel Harouff state he hates me don't make him kill me he don't respect me often Uses Retaliation against us all inmate in (RHU) I fear for my life The Warden, A/W Warden, A/W Warden, major ignores all Complaints. Theres a lot of Racial profiling going on

Ask that this thing be [illegible] Judge [illegible] even the charge against Me. are of Retaliation. Being placed on Nutri Loaf for Retaliation.

I further state that the forgoing is true & Correct Under Penalty of Perjury So help Me God!

Signature ___Wesley L. [Givens]___
Print ___Wesley Givens___

Signed in the presence of Mary C Coble, notary
on October 15, 2020
My commission expires 1-23-2023